# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: PROPOSED CONSTITUTIONAL : No. 29 MM 2016
AMENDMENT 1, BALLOT QUESTION :
:
:
:
PETITION OF: PENNSYLVANIA SENATE :
MAJORITY CAUCUS, SENATE :
PRESIDENT PRO TEMPORE JOE :
SCARNATI, AND SENATE MAJORITY :
LEADER JAKE CORMAN :

## ORDER

**PER CURIAM**

**AND NOW,** this 23rd day of March, 2016, it is hereby ordered as follows:

(1) The Application for Leave to File Reply Brief is **GRANTED**.

(2) The Application to Withdraw Request for Oral Argument is **GRANTED**.

(3) The Application to Hold the Matter in Suspense is **DISMISSED AS MOOT**.

(4) The Praecipe to Withdraw Praecipe to Discontinue Emergency Application for Emergency Relief is treated as an Application and is **GRANTED.**

(5) The Praecipe to Discontinue the Emergency Application for Extraordinary Relief, treated as an application, is **DISMISSED AS MOOT.**

(6) The Emergency Application for Extraordinary Relief is **DENIED**.

(7) The Joint Application for Extraordinary Relief and Approve Parties' Stipulated Resolution is **DENIED;** such denial should not be construed as condoning or constraining any future legislative or executive action by the parties.

Chief Justice Saylor did not participate in the consideration or decision of this matter.